# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156674 & (58)(61)(64)

_____

*In re* L. M. B., Minor.

SC: 156674
COA: 338169
Wayne CC Family Division:
16-000241-AD

_____/

On order of the Court, the motion to extend time to file a reply and the motion to withdraw as counsel of record for the biological mother are GRANTED. The motion to vacate the Court of Appeals judgment and remand for a decision on the merits is GRANTED in part. The application for leave to appeal the September 14, 2017 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to that court for reconsideration in light of the December 18, 2017 Court of Appeals order in *Sarna v Healy* (Docket No. 341211).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2018



s0117

Clerk